IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENNIS HALL, MARY GLANTON, SAMUEL JACKSON, VICKY ALLEN BROWN, AND FREDDIE B. RUSSAW, individually, and on behalf of all persons similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 1:11cv894-WHA |
| DOUGLAS A. VALESKA, and JOHN DOES 1-10, | ) ) ) | (wo) |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered by the court on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiffs. Costs are taxed against the Plaintiffs.

DONE this 28th day of March, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE